DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EUGENE HERBERT JOHNSON, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3417

[May 21, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502021CF005220AXXXM.

Antony P. Ryan, Regional Counsel, and Richard Gordon Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

FORST, SHEPHERD and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***